BRUCE D. BRIDEGROOM, Esq. #002649
**LAW OFFICES OF BRUCE D. BRIDEGROOM**
1656 North Columbus Boulevard
Tucson, AZ 85712
*Telephone*: (520) 792-0600
*Email*: bruce.bridegroom@gmail.com

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In Re: | Chapter 7 |
|---|---|
| DALE BARLAGE, | Case No. 4:21-bk-02432-SHG |
| Debtor. | MOTION TO AVOID JUDGMENT LIEN |

**COMES NOW** the Debtor, Dale Barlage by and through counsel undersigned and pursuant to 11 U.S.C. § 522(f)(1)(A), hereby motion this court for an order avoiding the following judicial lien:

**William Spires vs. Dale Barlage, District Court, Country of Arapahoe, State of Colorado, case number 2012CV2229, recorded on 11/04/2013 in the Pima County Recorder Office, sequence number 20133080541.**

As grounds therefore, Debtors state as follows:

1. The Debtor filed his petition on April 5, 2021.

2. Pursuant to state law, the creditor has obtained a judgement against the Debtor in Pima County, which they perfected and recorded in the property records of Pima County, Arizona.

3. The aforementioned judgement, as it is recorded, constitute judicial lien against the real property of the Debtors, located at 505 W. Mission Twin Buttes Rd., Green Valley, AZ 85622-8318.

4. Pursuant to Arizona Revised Statutes 33-1101(A) and 33-1125, there exists by operation of law an exemption available to the Debtor in the above-captioned action which prohibits creditor action against the above real property.

5. The judgment lien of the creditor WILLIAM SPIRES impairs the exemptions of the Debtor's interest in the subject property.

6. Pursuant to 11 U.S.C. §522 (f)(1)(A) and (f) (2)(A), the Debtor may avoid the fixing of said judicial lien of WILLIAM SPIRES on the Debtor's real property.

**WHEREFORE**, the Debtor hereby request that this Honorable Court enter an order avoiding the fixing of the judicial lien pending Chapter 7 discharge of said creditor WILLIAM SPIRES so that the Debtor may record same.

**DATED** this **5th** day of **May, 2021**.

LAW OFFICES OF BRUCE D. BRIDEGROOM

_____
Bruce D. Bridegroom
Attorney for Debtor